# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: **10th Circuit - District Division - Hampton**

Case Name: **State v. Destinie L. Berard**

Case Number: **24-87-AR**
(if known)

## NOTICE OF INTENT TO SEEK
## CLASS A MISDEMEANOR PENALTIES

RECEIVED

MAR 1 8 2024

10th Circuit Court
Hampton - District

Notice is hereby given that the State, pursuant to RSA 625:9, IV(c)(2), intends to seek class A misdemeanor penalties against the above named Defendant upon conviction of the offense(s) listed below:

**Violation of Protective Order; RSA 173-B:9**

Penalties requiring the charging offense to be classified as a class A misdemeanor include any of the following:

1. Imprisonment for any period, whether imposed, suspended or deferred;

2. A fine higher than $1200 for any single offense;

3. Probation; and,

4. Home confinement for any period;

**03/18/2024**
Date

**Daniel J. Lawrence**
For the State

I certify that on this date I provided a copy of this document to Defendant/Defendant Attorney at or before arraignment by: ☑ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

**03/18/2023**
Date

**Daniel J. Lawrence**
For the State