UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 24-cr-38-01-JL-TSM

2. TITLE OF CASE: State of New Hampshire v. Destinie L. Berard

3. TYPE OF CASE: Criminal

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Joseph Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **September 4, 2024**

8. DATE OF NOTICE OF APPEAL: **October 11, 2024**

9. FEE PAID or IFP :NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):  and DATES:       N/A

12. TRANSCRIPTS ORDERED/ON FILE:   N/A

13. HEARING/TRIAL EXHIBITS:   N/A

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO