```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


State of New Hampshire

        v.                                      No. 24-cr-38-01-JL-TSM

Destinie L. Berard
```

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Jadean Barthelmes, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 9/4/24 Endorsed Order, 5, 7-9

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 16, 2024

FCPIGN'L0N[ PEJ , Clerk

By: /s/ Jadean Barthelmes, Deputy Clerk

Oct 16, 2024