```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


State of New Hampshire

     v.                                  No. 24-cr-38-01-JL-TSM

Destinie L. Berard
```

### CLERK'S SUPPLEMENTAL CERTIFICATE TO
### <u>CIRCUIT COURT OF APPEALS</u>

I, Jadean Barthelmes, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 10/28/2024 EO

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 29, 2024

**FCP KGN'L0N| PEJ , Clerk**

**By: /s/ Jadean Barthelmes, Deputy Clerk**

**Oct 29, 2024**