**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Tracy A. Uhrin, Clerk of Court  Telephone: 603-225-1423
Karen A. Gorham, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

April 4, 2025

Re:  1:24-cr-00038-JL-TSM, State of NH v. Berard

To:  Clerk, New Hampshire 10th Circuit – District Division, Hampton court
     Formerly your case #(s): 441-2024-CR-00353

    By Court order, the above case was remanded to your court. We enclose a certified copy of the order and docket entries.

    Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.   If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

    Orders of remand are not reviewable on appeal or otherwise, except as provided in 28 U.S.C. § 1447(d) and 28 U.S.C. § 1453(c), and certification decisions regarding whether a federal employee named in a tort action was acting within the scope of employment pursuant to 28 U.S.C. § 2679. See <u>Osborn v. Haley</u>, 549 U.S. 225 (2007).

                                                                         TRACY A. UHRIN
                                                                         CLERK

Enclosures